**Order entered June 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01296-CV

**AMY SELF, Appellant**

**V.**

**TINA KING AND ELIZABETH TUCKER, Appellees**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-1286-2010**

## ORDER

Before Justices FitzGerald and Lang-Miers[1]

We previously abated this case with instructions to the trial judge to make an order and transmit it to us in a supplemental clerk's record. The trial judge has complied. We now **REINSTATE** this appeal.

/s/     KERRY P. FITZGERALD
        JUSTICE

---

[1] The Honorable Mary L. Murphy was on the panel and participated at the submission of this case. Due to her retirement from the Court on June 7, 2013, she did not participate in the issuance of this order. *See* TEX. R. APP. P. 41.1(a), (b).